41 A.3d 1282

**Chauncey JONES, Petitioner**

**v.**

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 169 EM 2011.**

Supreme Court of Pennsylvania.

April 16, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**